THE HONORABLE RICARDO MARTINEZ

Joan C. Foley
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
One Union Square, 600 University Street
Suite 2100
Seattle, Washington 98101

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BITEMAN, DG, BA and RM,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHOLIC ARCHBISHOP OF SEATTLE, a Washington non profit corporation,<br><br>Defendants. | NO. C05-00493 RSM<br><br>DEMAND FOR JURY OF TWELVE<br><br>**[CLERK'S ACTION REQUIRED]** |

Plaintiffs, by and through their counsel of record, hereby requests a jury of twelve (12) persons for the trial in the above-entitled matter.

Dated this 1st day of April, 2005.

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

By_____/S/_____
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Joan C. Foley, WSBA No. 25861
jfoley@gth-law.com
Attorneys for Plaintiff

JURY DEMAND - 1
(C05-00493 RSM)
[139777 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM, P.L.L.C.
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 447-9505 - FACSIMILE (206) 676-7575